# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145829

EDWIN A. NICHOLS,
      Plaintiff-Appellee,

v

HOWMET CORPORATION and PACIFIC
EMPLOYERS INSURANCE COMPANY/
CIGNA,
      Defendants-Appellants,
and

CORDANT TECHNOLOGIES and AMERICAN
MANUFACTURERS MUTUAL INSURANCE,
      Defendants-Appellees.

SC: 145829
COA: 303783
WCAC: 08-000024, 08-000050

_____/

On order of the Court, the application for leave to appeal the August 1, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2012

_____
Clerk

t1113